**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-03291-RM-KMT

---

**J WOODARD, on behalf of himself and all similarly situated persons,**

      Plaintiff,

**v.**

**AND SHEET METAL INC., COLORADO COMMERCIAL
ROOFING, INC., and MARK BARNES,**

      Defendants.

---

### NOTICE OF SETTLEMENT

---

Plaintiff respectfully notifies the Court this matter has settled via an agreement to material settlement terms. Plaintiff will file a notice of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) upon the parties executing a full settlement agreement.

Respectfully submitted this 28th day of December 2020.

                LAW OFFICES OF GREGORY E. GIVENS, P.C.

                */s/ Gregory E. Givens*
                Gregory E. Givens, #41810
                18 N. Sierra Madre Street, Suite E
                Colorado Springs, CO 80903
                Telephone: 719-291-4353
                gegivens@hotmail.com
                *Attorneys for Plaintiff J Woodard, on behalf of himself and all other similarly situated persons*