IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03291-RM-KMT

───────────────────────────────────────────────

**J WOODARD, on behalf of himself and all similarly situated persons,**

      Plaintiff,

**v.**

**AND SHEET METAL INC., COLORADO COMMERCIAL ROOFING, INC., and MARK BARNES,**

      Defendants.

───────────────────────────────────────────────
**NOTICE OF DISMISSAL WITH PREJUDICE**
───────────────────────────────────────────────

Plaintiff Jay Woodard, by and through undersigned counsel, hereby dismisses this case with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

Respectfully submitted this 19th day of January 2021.

    LAW OFFICES OF GREGORY E. GIVENS, P.C.

    <u>*/s/ Gregory E. Givens*</u>
    Gregory E. Givens, #41810
    18 N. Sierra Madre Street, Suite E
    Colorado Springs, CO 80903
    Telephone: 719-291-4353
    gegivens@hotmail.com
    *Attorneys for Plaintiff J Woodard, on behalf of himself and all other similarly situated persons*